# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, | ) | **COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:15-cr-047 |
| Dustin Michael Swartz, | ) | |
| | ) | |
| Defendant. | ) | |

The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Assistant Federal Public Defender William Schmidt to represent defendant in this matter. On June 11, 2015, the court received a letter from defendant in which he requested that it appoint him new counsel.

The court **GRANTS** defendant's request (Docket No. 23). Assistant Federal Public Defender William Schmidt shall be permitted to withdraw. Attorney Ryan Sandberg shall be appointed to represent defendant and shall be substituted as defense counsel of record.

**IT IS SO ORDERED.**

Dated this 14th day of July, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court